IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| EDWARD LEE HOLLOWAY, #744655 | § |
| | § |
| V. | §   CIVIL ACTION NO. G-02-323 |
| | § |
| DR. ALBERT OGUEJIOFOR, ET AL. | § |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, this civil action is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 24th day of May, 2005.

_____
Samuel B. Kent
United States District Judge